AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

RICARDO BROWN and BRANDON GREEN,

    *Plaintiffs,*

v.

P.O. WILLIAM NEVILLE, Shield No. 13746,
P.O. DAVID HUDSON, Shield No. 22134,
P.O. MICHAEL COSPITO, Shield No. 12069,
P.O. ALFONSO VARGAS, Shield No. 15386,
SERGEANT "JOHN DOE," P.O. "JANE DOE,"
and THE CITY OF NEW YORK,

    *Defendants.*

Civil Action No. 14 CV 4554 (SJ) (VVP)

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendants' names and addresses)*

    P.O. William Neville, Shield No. 13746, P.O. David Hudson, Shield No. 22134, P.O. Michael Cospito, Shield No. 12069, P.O. Alfonso Vargas, Shield No. 15386, Sergeant "John Doe," P.O. "John Doe" and P.O. "Jane Doe" – One Police Plaza, New York, New York 10038.

    City of New York – c/o Corporation Counsel, 100 Church Street, New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALAN D. LEVINE, ESQ.
80-02 Kew Gardens Road, Ste. 302
Kew Gardens, New York 11415
(718) 793-6363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: **DEC 18 2014**

*Signature of Clerk or Deputy Clerk*