**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Levine
*Civil Action No.: 14 CV 4554 (SJ) (VVP)*

**RICARDO BROWN and BRANDON GREEN**

*Plaintiff(s)*

*-against-*

**P.O. WILLIAM NEVILLE, Shield No. 13746,**
**P.O. DAVID HUDSON, Shield No. 22134,**
*P.O. MICHAEL COSPITO, Shield No. 12069,*
*P.O. ALFONSO VARGAS, Shield No. 15386,*
*SERGEANT "JOHN DOE," P.O. "JANE DOE", and*
*THE CITY OF NEW YORK*

*Defendant(s)*

*AFFIDAVIT OF*
*SERVICE OF SUMMONS IN A*
*CIVIL ACTION*

STATE OF NEW YORK, COUNTY OF NASSAU          ss.:

    **CHRISTOPHER SCHACCA** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **1069 SHELBURNE DRIVE FRANKLIN SQUARE, NEW YORK 11010.** That on **FEBRUARY 19TH 2015** at **4:05 p.m.** at **242-20 NORTH CONDUIT AVENUE ROSEDALE, NY 11422** deponent served the within **AMENDED SUMMONS IN A CIVIL ACTION** on **P.O. WILLIAM NEVILLE** defendant therein named. The index number and date of filing with the county clerk were annexed thereto.

| | | |
|---|---|---|
| 1. \_\_\_\_\_**INDIVIDUAL** | by delivering a true copy *of each* to said defendants personally; deponent knew the person so served to be the person described as said defendant therein. | |
| 2. \_\_\_\_\_**CORPORATION** | a domestic corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof | |
| 3. \_\_x\_\_**SUITABLE AGE PERSON** | by delivering thereat a true copy *of each* to **SGT. NELSON** a person of suitable age discretion. Said premises is defendant's – actual place of business – dwelling house – usual place of abode – within the state. | |
| 4. \_\_\_\_\_**AFFIXING TO DOOR, ETC.** | by affixing a true copy *of each* to the door of said premises, which is defendant's – actual place of business – dwelling house – usual place of abode – within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there | |

**\_\_x\_\_DESCRIPTION**
*1 or 3*

Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| \_\_x\_\_Male | \_\_x\_\_White Skin | \_\_\_\_\_Black Hair | \_\_\_\_\_14-20 Yrs. | \_\_\_\_\_Under 5' | \_\_\_\_\_Under 100 lbs. |
| \_\_\_\_\_Female | \_\_\_\_\_Black Skin | \_\_x\_\_Brown Hair | \_\_\_\_\_21-35 Yrs. | \_\_\_\_\_5'0"-5'3" | \_\_\_\_\_100-130 lbs. |
| | \_\_\_\_\_Brown Skin | \_\_\_\_\_Blond Hair | \_\_x\_\_36-50 Yrs. | \_\_\_\_\_5'4"-5'8" | \_\_\_\_\_131-160 lbs. |
| | | \_\_\_\_\_Gray Hair | \_\_\_\_\_51-65 Yrs. | \_\_\_\_\_5'9"-6'0" | \_\_x\_\_161-200 lbs. |
| | | \_\_\_\_\_Red Hair | \_\_\_\_\_Over 65 Yrs. | \_\_x\_\_Over 6' | \_\_\_\_\_Over 200 lbs. |
| | | \_\_\_\_\_White Hair | | | |
| | | \_\_\_\_\_Balding | **Other identifying features**: Glasses and Shaved head | | |

**\_\_x\_\_MILITARY**

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2015

*Samantha J. Dirico*

SAMANTHA J. DIRICO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01DI....
C....
CO....

**CHRISTOPHER SCHACCA**

**Supreme Process Co.**
**(516) 742-4705**