UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

RICARDO BROWN and BRANDON GREEN,

                                                      Plaintiffs,

-against-

P.O. WILLIAM NEVILLE, Shield No. 13746, P.O. DAVID
HUDSON, Shield No. 22134, P.O. MICHAEL COSPITO,
Shield No. 12069, P.O. ALFONSO VARGAS, Shield No.
15386, SERGEANT "JOHN DOE," P.O. "JANE DOE," and
THE CITY OF NEW YORK,

                                                      Defendants.
-------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14CV4554 (SJ) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    5/13/15, 2015

| | |
|---|---|
| LAW OFFICE OF ALAN D. LEVINE<br>*Attorneys for Plaintiffs*<br>80-02 kew Gardens Road<br>Kew Gardens, New York 11415<br>718-793-6363<br><br>By: _____<br>    Alan D. Levine<br>    *Attorney for Plaintiffs* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Hudson and*<br>  *Cospito*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Daniel Braun<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015